1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT FOR THE
9                             EASTERN DISTRICT OF CALIFORNIA
10
11    JUAN ABELARDO LOPEZ,                          1:11-cv-1305-JLT (HC)
12               Petitioner,                         ORDER DISREGARDING
                                                     APPLICATION TO PROCEED
13    vs.                                            IN FORMA PAUPERIS
                                                     AS MOOT
14    RAUL LOPEZ,
                                                     (Doc. 8)
15               Respondent.
16    _____/
17          Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.
18    Section 2254.
19          On August 16, 2011, Petitioner filed an application to proceed in forma pauperis.  Due to
20    the fact that the Court had already granted Petitioner's previous application to proceed in forma
21    pauperis in the present case on August 8, 2011, IT IS HEREBY ORDERED THAT Petitioner's
22    application of  August 16, 2011, is DISREGARDED AS MOOT.
23
24    IT IS SO ORDERED.
25    Dated:   **August 24, 2011**                        **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE
26
27
28